IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICKY J. JOHNSON,** | : |
| Plaintiff, | : |
| | : Case No. 5:25-cv-00067-CAR-CHW |
| v. | : |
| **GEO GROUP, INC.,** *et al.*, | : |
| | : Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : Before the U. S. Magistrate Judge |

**ORDER**

*Pro se* Plaintiff Ricky J. Johnson, a prisoner at Riverbend Correctional Facility in Milledgeville, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983 in the Southern District of Georgia.  ECF No. 1.  That action has been transferred to this Court.  ECF Nos. 3 and 4.  Plaintiff requests leave to proceed *in forma pauperis*.  ECF No. 2.

Plaintiff's inmate account statement indicates that he has $18,972.33 in his prison account (*Id.*), enough money to pay the $405.00 filing fee in full.  *See Sellers v. United States*, 881 F.2d 1061, 1063 (11th Cir. 1989); *Wilson v. Sargent*, 313 F.3d 1315, 1319-20 (11th Cir. 2002) (per curiam).  Therefore, Plaintiff's motion to proceed *in forma pauperis* (ECF No. 3) is **DENIED**, and Plaintiff is **ORDERED** to pay the $405.00 filing fee in full within **FOURTEEN (14) DAYS** from the date shown on this Order. Plaintiff should note that it is ***his responsibility*** to pay filing fees upon the submission of any complaint in this Court.  Thus, Plaintiff must arrange with prison officials to have the filing fee forwarded to the Court.

There shall be **no service** in this case until further order of the Court and Plaintiff shall keep the Court informed of any future address change. Failure to fully and timely comply with this Court's order can result in the dismissal of this action.

**SO ORDERED**, this 19th day of March, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge